

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Grace Jo P. O'Leary_
(Please print)

STREET ADDRESS: _Post Office Box 3154_

CITY/STATE/ZIP: _Oak Park, Illinois 60303-3154_

PHONE NUMBER: _708.660.9317_

CASE NUMBER: **08CV3129
JUDGE HIBBLER
MAG. JUDGE COX**

_Grace Jo P. O'Leary_    _May 30, 2008_
Signature                Date

FILED
MAY 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT