*M HN*

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3129 | **DATE** | June 3, 2008 |
| **CASE TITLE** | O'Leary v. St. Martin's Press et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff applies to proceed *in forma pauperis* in her copyright infringement claim against St. Martin's Press and one of its authors. It is the fourth such claim Plaintiff has filed in this court. The Court has perused O'Leary's Complaint and the fifty exhibits of alleged infringement she attaches to it and it appears to be frivolous. The Court therefore DENIES O'Leary's application and orders her to pay the filing fee prior to June 24, 2008 or the Court shall dismiss the action for want of prosecution. In addition, the Court orders O'Leary to appear for a status hearing on June 17, 2008 at 9:30 a.m.

*Wm. J. Hibbler*

Docketing to mail notices

## STATEMENT