

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3129 | **DATE** | July 7, 2008 |
| **CASE TITLE** | O'Leary v. St. Martin's Press | | |

**DOCKET ENTRY TEXT:**

On June 3, 2008, the Court denied the Plaintiff's application to proceed without the prepayment of fees and ordered her to pay the filing fee by June 24, 2008. The Plaintiff has yet to pay the filing fee. Therefore, pursuant to Local Rule 3.3 and Fed. R. Civ. P. 41(b), the Court DISMISSES the Complaint, with prejudice, for want of prosecution. *See also Sperow v. Melvin*, 153 F.3d 780 (7th Cir. 1998).

*Wm. J. Hibbler*

Docketing to mail notice.

**STATEMENT**

U.S. DISTRICT COURT
CLERK
2008 JUL -7 PM 1:04
FILED-ED